IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02597-EWN-MEH

RAJEEV KUMAR, M.D.,

    Plaintiff,

v.

COPPER MOUNTAIN, INC., a Delaware corporation, d/b/a Copper Mountain Resort,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 4, 2008.**

    Plaintiff's Motion to Withdraw by Buchanan, Jurdem & Cederberg, P.C. [Filed June 4, 2008; Docket #13] is **granted in part and denied in part**. Pursuant to D.C.Colo.L.Civ.R. 83.B, an attorney's entry of appearance does not constitute entry of appearance by that attorney's firm. Thus, all that Plaintiff's counsel need do is file a Notice providing the name of the new firm and any other changes in contact information. Accordingly, the Clerk of the Court is directed to change the information for Plaintiff's counsel as set forth in Docket #14.