IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02597-PAB-MEH

RAJEEV KUMAR, M.D.,

    Plaintiff,

v.

COPPER MOUNTAIN, INC., a Delaware corporation, d/b/a Copper Mountain Resort,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 20, 2009.**

    Defendant's Motion to Strike [filed January 12, 2009; docket #49] is **denied**. The Court reviewed the transcript from the October 10, 2008 telephonic discovery conference. The two-week deadline represented in the minutes at docket #34 was Mr. Buchanan's, counsel for Plaintiff; the Court did not order the deadline and was not concerned about the timing of potential discovery motions other than that such motions should be filed within the discovery cut-off, which was extended upon a stipulated request by the parties to February 12, 2009. Defendant's alternative response to Plaintiff's Motion to Compel is accepted. Plaintiff may submit a reply on or before **January 27, 2009**.