IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02597-PAB-MEH

RAJEEV KUMAR, M.D.,

    Plaintiff,

v.

COPPER MOUNTAIN, INC., a Delaware corporation, d/b/a Copper Mountain Resort,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 15, 2009.**

    The Joint Stipulated Motion to Modify Final Pretrial Order to Extend Dates for Exchanging Trial Exhibits and Asserting Objections Thereto [filed May 14, 2009; docket #82] is **granted**. Section Seven of the Final Pretrial Order is hereby amended as follows:

    Counsel have agreed by stipulation that copies of listed exhibits will be provided to opposing counsel and any pro se party on or about May 27, 2009. The objections contemplated by Fed.R.Civ.P. 26(a)(3) shall be filed with the clerk and served by hand-delivery or facsimile no later than 11 days after the exhibits are provided.